# CASE ANNOUNCEMENTS

*July 10, 2014*

[Cite as *07/10/2014 Case Announcements*, 2014-Ohio-3028.]

## MOTION AND PROCEDURAL RULINGS

**In re Henderson.**
On January 18, 2012, this court found Paul S. Henderson to be a vexatious litigator under S.Ct.Prac.R. 4.03(B). This court further ordered that Henderson was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On July 2, 2014, Henderson submitted an application for leave to file a notice of appeal and memorandum in support of jurisdiction.

It is ordered by the court that the application for leave is denied.

**In re Howard.**
On September 24, 2004, this court found Gregory T. Howard to be a vexatious litigator under S.Ct.Prac.R. 4.03. This court further ordered that Howard was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. On June 30, 2014, Howard presented a motion to file an affidavit to disqualify Chief Justice Maureen O'Connor/Supreme Court of Ohio and a motion to file a complaint for a writ of procedendo/mandamus.

It is ordered by the court that the motions to file an affidavit and the motion to file a complaint are denied.

**2013–0521.   In re Application of Columbus S. Power Co.**
Public Utilities Commission, No. 11–326–EL–SSO. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

Upon consideration of the application of appellant, FirstEnergy Solutions Corp., for dismissal of its appeal, it is ordered by the court that the application for dismissal is granted. The appeal of FirstEnergy Solutions Corp. is dismissed and the case remains pending on all other appeals.

**2014–0642.   Baldwin v. Cusma.**
Stark App. No. 2013CA00145, 2014-Ohio-905. This cause came for further consideration upon appellee's filing of the motion to strike memo opposing motion to strike affidavit of Greg S. Robey. It is ordered by the court that the motion is denied as moot.

**2014–0905.   Canady v. Ohio Cas. Ins. Co.**
Muskingum App. No. CT2013–0020, 2014-Ohio-596. This cause is pending before the court as a jurisdictional appeal.

Upon review of the memorandum of appellee, Time Warner, Inc., in response to jurisdiction, it is ordered by the court, sua sponte, that the memorandum in response is stricken as untimely pursuant to S.Ct.Prac.R. 7.03(A)(1).